

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-18-00881-CV

The **CITY OF SAN ANTONIO**,
Appellant

v.

Elena **HERRERA**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-10253
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order denying the plea to the jurisdiction is REVERSED and judgment is RENDERED dismissing Elena Herrera's claims against the City of San Antonio.

We ORDER the City of San Antonio shall recover, and Elena Herrera shall pay, the costs incurred in this court.

SIGNED August 21, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice